PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:01CR00282-01 |
| ) | |
| **Many May** ) | |
| ) | |

On January 9, 2002, the above-named was placed on probation for a period of five years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS
United States Probation Officer**

Dated:   September 22, 2005
         Elk Grove, California
         RWE:kms

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   Many MAY**
   **Docket Number:   2:01CR00282-01**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Date:   September 22, 2005

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RWE:ks
Attachment:   Recommendation

cc:   Laura Ferris, Assistant United States Attorney

Rev. 03/2005
PROB35.MRG